

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2016

No. 04-16-00321-CR

Roy Gene **NEWMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-2536-CR-C
The Honorable William Old, Judge Presiding

## O R D E R

Appellant has filed a motion for access to the appellate record, which in this appeal consists of the clerk's record. The motion is GRANTED. The Clerk of this Court is ORDERED to make a paper copy of the clerk's record and mail it to Appellant.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2016.

_____
Keith E. Hottle
Clerk of Court